UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, a corporation; MICHELE HUGHES, an attorney for COSTCO WHOLESALE CORPORATION, and DOES 1 to 200, inclusive,<br><br>    Defendants. | Case No. 4:22-cv-09130-HSG<br><br>**ORDER DENYING STIPULATION REGARDING CASE MANAGEMENT** |

# **ORDER**

Based upon the Court's review of the parties' Stipulation regarding Case Management, it is hereby ordered that:

1. The parties' initial disclosures and joint case management statement will be due two weeks following a decision on the motion to remand or motion to dismiss, whichever is later, that results in this case remaining pending in this Court;

2. The case management conference will be re-set to a date convenient for the Court following the submission of the parties' case management statement.

**IT IS SO ORDERED.**



Date: April 27, 2023

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

---

1

ORDER DENYING STIPULATION REGARDING CASE MANAGEMENT